DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**TYRONE BRETT LIGHTSEY,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D21-2872

[March 31, 2022]

Appeal of order denying rule 3.850 motion from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Martin S. Fein, Judge; L.T. Case No. 02-20733CF10C.

Tyrone Brett Lightsey, Miami, pro se.

No appearance required for appellee.

PER CURIAM.

*Affirmed.*

CONNER, C.J., KUNTZ and ARTAU, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***